CR 18-0052-S**EJL**

# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** Jens Randall Davis | **JUVENILE:** No |
| **DEFENSE ATTORNEY:** | |
| Address: | **PUBLIC or SEALED:** Public |
| | **SERVICE TYPE:** Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | **ISSUE:** Yes |
| | |
| **INVESTIGATIVE AGENT:** Ralph Lambright | **INTERPRETER:** No |
| Telephone No.: (208) 573-4314 | If YES, language: |
| **AGENCY:** ATF | |
| **CASE INFORMATION:** Unlawful Possession of a Firearm | **RELATED COMPLAINT:** No  **CASE NUMBER:** |

## CRIMINAL CHARGING INFORMATION

| | |
|---|---|
| **CHARGING DOCUMENT:** Indictment | |
| Felony: Yes | County of Offense: Canyon |
| Class A Misdemeanor: No | Estimated Trial Time: 2 days |
| Class B or C Misdemeanor: No (Petty Offense) | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 922(g)(1) | ONE | Unlawful Possession of a Firearm | 10 years, 3 years supervised release, $250,000.00 fine, $100 Special Assessment |

Date: 14 February 2018        Assistant U.S. Attorney: Christian S. Nafzger *CSN*
                              Telephone No.: (208) 334-1211

**U.S. COURTS**

**FEB 14 2018**

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO