# AMENDED CRIMINAL COVERSHEET

| | | | |
|---|---|---|---|
| DEFENDANT'S NAME: | **Jens Randall Davis** | JUVENILE: | No |
| DEFENSE ATTORNEY:<br>Address: | | PUBLIC or SEALED: | Public |
| Telephone No.: | | SERVICE TYPE:<br>(Summons or Warrant or<br>Notice (if Superseding)) | Warrant |
| INVESTIGATIVE AGENT:<br>Telephone No.:<br>AGENCY: | Ralph R. Lambright<br>208-573-4314<br>Bureau of Alcohol, Tobacco,<br>Firearms and Explosives | ISSUE: | Yes |
| | | INTERPRETER:<br>If YES, language: | No<br>N/A |

| | |
|---|---|
| **CASE INFORMATION** (Miscellaneous, CVB, other related defendants/case numbers): Unlawful Possession of a Firearm | **RELATED COMPLAINT**: No<br>Case Number: |

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** <u>Indictment</u>

| | | | |
|---|---|---|---|
| Felony: | **Yes** | County of Offense: | **Canyon** |
| Class A Misdemeanor: | **No** | Estimated Trial Time: | **3 days** |
| Class B or C Misdemeanor:<br>(Petty Offense) | **No** | | |

| STATUTE<br>(Title and Section(s)) | COUNT/<br>FORFEITURE<br>ALLEGATION | BRIEF DESCRIPTION | PENALTIES<br>(Include Supervised Release and Special<br>Assessment) |
|---|---|---|---|
| 18 U.S.C. § 922(g)(1) | 1 | Unlawful Possession of a Firearm | Incarceration for not more than 10 years and/or $250,000 fine, $100 special assessment; not more than 3 years supervised release |
| 18 U.S.C. § 924(d);<br>28 U.S.C. § 2461(c) | Forfeiture<br>Allegation | Firearm Forfeiture | Forfeiture |
| | | | |

Date: **February 20, 2018**

Assistant U.S. Attorney: **Christian S. Nafzger** *CSN*

Telephone No.: **(208) 334-1211**