# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

( X ) Detention Hearing

MAGISTRATE JUDGE: Candy W. Dale  DATE: 2/22/18
DEPUTY CLERK/ESR: Amy Tate  TIME: 9:28-9:48 AM

UNITED STATES OF AMERICA vs. Jens Randall Davis
Case No. CR18-52-S-BLW
Counsel for:  United States (AUSA): Christian Nafzger
 Defendant: Mark Ackley, FD (previously appointed)
 Probation: Ben Biddulph

 ( X ) DETENTION HEARING

WITNESSES:
( ) Government
( ) Defendant
EXHIBITS:  ( X ) Government
  1. Pretrial Services Report - marked and admitted
 ( ) Defendant

Proffer by Government.
Proffer by Defendant.

( X ) Order: Following argument by both parties, the Court ordered the Defendant detained. Government's Motion for Detention, Dkt. 4, is GRANTED. Oral ruling as stated on the record. Order of Detention entered.