UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　vs.<br><br>JENS RANDALL DAVIS,<br><br>　　　　Defendant. | Case No. 1:18-CR-052-EJL<br><br>**ORDER FOR MENTAL EXAMINATION** |

　　　　Currently pending before the Court is the Defendant's Motion for Competency Hearing. (Dkt. 18). The motion is supported by the sealed and *ex parte* Affidavit in Support of Motion for Competency Hearing. (Dkt. 19).

　　　　The Defendant requests the Court conduct a competency hearing pursuant to 18 U.S.C. §§ 4241(c) and 4247(d), to determine whether he suffers from a mental disease or defect that may render him incompetent. Defense counsel supports the motion with an ex parte affidavit filed under seal setting forth the basis of his concerns.

　　　　Based upon the representations of defense counsel, the Court finds there is reasonable cause to believe that the Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

　　　　**NOW THEREFORE IT IS HEREBY ORDERED** that the Motion for Competency Hearing (Dkt. 18) is **GRANTED.** Pursuant to 18 U.S.C. §§ 4241(b) and

**ORDER- 1**

4247(b), a psychiatric or psychological examination shall be conducted by a licensed or certified psychiatrist or psychologist. The Defendant is **HEREBY COMMITTED** to the custody of the Attorney General for placement at a federal facility suited for this purpose. The period of such commitment shall, pursuant to 18 U.S.C. § 4247(b), not exceed a period of thirty (30) days, unless the director of the facility seeks an extension upon a showing of good cause.

**IT IS FURTHER ORDERED** that the examining psychiatrist or psychologist shall prepare a report that complies with 18 U.S.C. § 4247(c)(A). The examining psychiatrist or psychologist is directed to file said psychiatric or psychological report with the Court, with copies provided to defense counsel and counsel for the Government. The report shall be filed with the Court **UNDER SEAL.**

**IT IS FURTHER ORDERED** that the delay resulting from this request, including the period of evaluation, shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(A).

DATED: April 17, 2018

Edward J. Lodge
United States District Judge

**ORDER- 2**