Samuel Richard Rubin
FEDERAL PUBLIC DEFENDER
Mark J. Ackley
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, ID 83702
Telephone:   (208) 331-5500
Facsimile:    (208) 331-5525

Attorneys for Defendant
JENS RANDALL DAVIS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE EDWARD J. LODGE)

| UNITED STATES OF AMERICA, | ) | CR18-052-S-EJL |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MOTION TO WITHDRAW |
| vs. | ) | AND FOR APPOINTMENT |
| | ) | OF SUBSTITUTE CJA |
| JENS RANDALL DAVIS, | ) | COUNSEL |
| | ) | |
| Defendant. | ) | |

TO:   CLERK OF THE COURT, UNITED STATES DISTRICT COURT
        BART M. DAVIS, UNITED STATES ATTORNEY
        CHRISTIAN NAFZGER, ASSISTANT UNITED STATES ATTORNEY

Mark J. Ackley, for the Federal Defender Services of Idaho, hereby moves this honorable Court, pursuant to Local Criminal Rule 44.1(b), to permit counsel to withdraw from further representation of Mr. Davis in this case.  The Federal Defenders further move for immediate appointment of substitute counsel to take over the representation of

Mr. Davis. Defense counsel maintains that there has been an irreconcilable breakdown in the relationship between himself and Mr. Davis that prevents counsel from providing effective representation.

The factual basis for this request is set forth in defense counsel's affidavit which is being filed separately under seal.

Where a defendant and his attorney are "embroiled in an irreconcilable conflict," the denial of a substitution motion deprives the defendant of effective assistance of counsel. United States v. Fagan, 996 F.2d 1009, 1014 (9th Cir. 1993). The Ninth Circuit has found it to be an abuse of discretion to deny a motion for substitution where there is "a serious breach of trust and a significant breakdown in communication that substantially interfere[s] with the attorney-client relationship." United States v. Adelzo-Gonzalez, 268 F.3d 772, 779 (9th Cir. 2001).

In this case, the breakdown in the relationship is both complete and irreconcilable. At this point, undersigned counsel and his office are incapable of effectively representing Mr. Davis because of the breakdown in the relationship.

Mr. Davis deserves and needs representation by counsel whom he can both trust and communicate with productively. Accordingly, counsel hereby moves to have this Court permit the Federal Defenders to withdraw and to appoint substitute counsel immediately to continue the representation of Mr. Davis. The Federal Defenders will do everything possible to assist any substitute counsel to get up to speed quickly on Mr. Davis's case.

//

Dated: April 30, 2018			Respectfully submitted,
					SAMUEL RICHARD RUBIN
					FEDERAL PUBLIC DEFENDER
					By:


					/s/Mark J. Ackley
					Mark J. Ackley
					Federal Defender Services of Idaho
					Attorneys for Defendant
					JENS RANDALL DAVIS

CERTIFICATE OF SERVICE

      I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing MOTION TO WITHDRAW AND FOR SUBSTITUTION OF CJA COUNSEL was served on all parties named below on this 30th day of April, 2018.

| | |
|---|---|
| Christian Nafzger, Assistant US Attorney | _____ United States Mail |
| Office of the United States Attorney | \_\_X\_\_ CM/ECF Filing |
| Washington Group Plaza, IV | _____ Email Transmission |
| 800 Park Blvd, Suite 600 | _____ Facsimile Transmission |
| Boise, ID 83712 | _____Personal Service |
| christain.nafzger@usdoj.gov | |

Dated: April 30, 2018     /s/_____
                             Mark J. Ackley