1UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br>  v.<br><br>Jens Randall Davis,<br>                  Defendant. | Case No. 1:18-cr-00052-EJL<br><br>**ORDER GRANTING MOTION TO WITHDRAW AND APPOINTING CJA COUNSEL** |

      Pending before the Court is a Motion and Affidavit by defense counsel to withdraw and requesting appointment new counsel in this matter (Dkt. 22 & 23). Having fully reviewed the record herein, the Court Grants the Motion.

      Because the above-named has testified under oath or has otherwise satisfied the Court that he is financially unable to employ counsel and do not wish to waive counsel, and because the interests of justice so require,

IT IS HEREBY ORDERED that Craig Durham, CJA attorney for the District of Idaho is appointed to represent this defendant in these proceedings.

DATED: **May 1, 2018**

_____
Honorable Edward J. Lodge
U. S. District Judge